UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2018 FEB -9 AM 7:57
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Mogjan Michelle Zolghadr,

    Defendant.

CASE NO. 16-cr-0486-JAH

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice;

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_x_ of the offense as charged in the Information:

21:USC 843(a)(3), (d)(1) - Acquiring a Controlled Substance by Fraud, Deception and Subterfuge.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 2/8/18

John A. Houston
U.S. District Judge